UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIAM ALLEN MILLER, | ) | CASE NO. C09-0808-JLR |
| | ) | (CR05-312-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The parties were directed in the service order to confer about scheduling matters. (Dkt. 5, at 2.) In a joint status report and proposed briefing schedule, they have agreed that petitioner needs additional time to review additional medical records in the government's control, and to prepare an amended motion for habeas relief pursuant to 28 U.S.C. § 2255. (Dkt. 6, at 1-2.) The Court therefore sets the following schedule: (1) an amended Section 2255 motion shall be filed by September 25, 2009; (2) a response by the United States shall be filed by October 23, 2009; (3) any reply by petitioner shall be filed by November 6, 2009.

DATED this 27th day of August, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

SCHEDULING ORDER
PAGE -1