UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | | |
|---|---|---|
| WILLIAM ALLEN MILLER, | ) | No. C09-0808-JLR-MAT |
| Petitioner, | ) ) | MODIFIED SCHEDULING ORDER |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **(PROPOSED)** |
| Respondent. | ) ) ) | |

The parties filed an agreed motion to modify the previously entered Scheduling Order (Dkt. 16), to extend the time for the filing of Petitioner's Optional Reply in support of his motion for habeas relief pursuant to 28 U.S.C. § 2255. Based on this motion and the records and files herein, the Court hereby modifies the previously established scheduling order and authorizes the filing of any Reply by the Petitioner no later than February 8, 2010. The Clerk is directed to RENOTE the petition for consideration on February 12, 2010.

SO ORDERED. Dated this 12th day of January, 2010

Mary Alice Theiler
United States Magistrate Judge

MODIFIED SCHEDULING ORDER
Page 1 of 1
(C09-808JLR-MAT)

TOLIN & VICTORIA, LLP
601 Union Street, Suite 4200
Seattle, WA 98101
(206) 812-5850