UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | | |
|---|---|---|
| WILLIAM ALLEN MILLER, | ) | No. C09-808JLR-MAT |
| | ) | |
| Petitioner, | ) | MODIFIED SCHEDULING ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The parties filed an agreed motion to extend the time for the filing of Petitioner's Optional Reply in support of his motion for habeas relief pursuant to 28 U.S.C. § 2255. Based on this motion and the records and files herein, the Court hereby modifies the previously established scheduling order and authorizes the filing of any Reply by the Petitioner no later than June 9, 2010. The Clerk is directed to RENOTE the petition for consideration on June 18, 2010.

SO ORDERED.  Dated this <u>13th</u> day of May, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge