UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | | |
|---|---|---|
| WILLIAM ALLEN MILLER, | ) | No. C09-808JLR-MAT |
| Petitioner, | ) ) | MODIFIED SCHEDULING ORDER |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

The parties filed an agreed motion to extend the time for the filing of Petitioner's Optional Reply in support of his motion for habeas relief pursuant to 28 U.S.C. § 2255. Based on this motion and the records and files herein, the Court hereby modifies the previously established scheduling order and authorizes the filing of any Reply by the Petitioner no later than July 23, 2010. The Clerk is directed to RENOTE the petition for consideration on July 30, 2010.

SO ORDERED.  Dated this 10th day of June, 2010

_____
Mary Alice Theiler
United States Magistrate Judge

MODIFIED SCEHDULING ORDER
Page 1 of 1
(C09-808JLR-MAT)

TOLIN & VICTORIA, LLP
601 Union Street, Suite 4200
Seattle, WA  98101
(206) 812-5850