UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| WILLIAM ALLEN MILLER, | ) No. C09-808JLR-MAT |
| Petitioner, | ) MODIFIED SCHEDULING ORDER |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter came before the Court on Petitioner's Motion to Modify Scheduling Order, Extending Time for Filing Petitioner's Reply in support of his motion for habeas relief pursuant to 28 U.S.C. § 2255. Based on this motion and the records and files herein, the Court hereby modifies the previously established scheduling order and authorizes the filing of any Reply by the Petitioner no later than August 20, 2010. The Clerk is directed to RENOTE the petition for consideration on August 27, 2010.

SO ORDERED. Dated this <u>29th</u> day of July, 2010

_____
Mary Alice Theiler
United States Magistrate Judge

MODIFIED SCEHDULING ORDER
Page 1 of 1
(C09-808JLR-MAT)

TOLIN LAW FIRM
601 Union Street, Suite 4200
Seattle, WA 98101
(206) 812-5850