Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| WILLIAM ALLEN MILLER,<br><br>        Petitioner,<br><br>  vs.<br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. C09-808JLR-MAT<br><br>MODIFIED SCHEDULING ORDER |

The parties filed an agreed motion to extend the time for the filing of Petitioner's Optional Reply in support of his motion for habeas relief pursuant to 28 U.S.C. § 2255. Based on this motion and the records and files herein, the Court hereby modifies the previously established scheduling order and authorizes the filing of any Reply by the Petitioner no later than November 19, 2010. The Clerk is directed to RENOTE the petition for consideration on November 26, 2010.

SO ORDERED.  Dated this <u>23rd</u> day of September, 2010

                                        /s/ Mary Alice Theiler
                                        Mary Alice Theiler
                                        United States Magistrate Judge

MODIFIED SCEHDULING ORDER
Page 1 of 1
(C09-808JLR-MAT)

TOLIN LAW FIRM
601 Union Street, Suite 4200
Seattle, WA 98101
(206) 812-5850