\_\_\_ FILED     \_\_\_ ENTERED
\_\_\_ LODGED   \_\_\_ RECEIVED

APR 11 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-CV-00808-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM ALLEN MILLER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C09-808-JLR<br>(CR05-312-JLR)<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the briefing, the Report and Recommendation of the Honorable Mary Alice Theiler, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

///

///

ORDER OF DISMISSAL
PAGE -1



01   (4)   The Clerk is directed to send copies of this Order to all counsel of record and to
02         Judge Theiler.

03   DATED this 11th day of April, 2011.

                                        _____
05                                      JAMES L. ROBART
                                        United States District Judge

06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER OF DISMISSAL
PAGE -2